UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:

FAITH CHRSITAIN FAMILY CHURCH
OF PANAM A CITY BEACH, INC

Debtor(s).

Case No. 11-50288
Chapter 11

CASE MANAGEMENT SUMMARY

NOW COMES the Debtor, Faith Christian Family Church of Panama City Beach, Inc., by and through its undersigned attorney and files its Case Management Summary as follows:

1. The business of the Debtor is a ministry located in Panama City Beach, Florida.

2. Location of Debtor's operation is located at 13300 Panama City Beach Parkway, Panama City Beach, Florida 32407. The real property is owned by the Debtor.

3. Reason for filing Chapter 11: The Debtor was forced to seek relief under the Bankruptcy Code when Suntrust Bank obtained a final judgment of foreclosure on the church's main campus located at the above address and set same for sale.

4. The officers and directors of the business are as follows: Markus Q. Bishop; Richard C. Bishop and John D. Copeland.

5. A Motion to Pay Officers' Compensation is being filed. A copy of the employment compensation and benefit summary is as follows:

The Debtor is managed by Markus Q. Bishop who is the President of the Debtor and is the pastor of the church. The following is a list of the officers/employees and their duties/responsibilities, salary and fringe benefits:

| Name | Title | Duties & Responsibilities | Salary | Fringe Benefits |
|---|---|---|---|---|
| Markus Q. Bishop | President/ and Pastor | Responsible for all ministerial and administrative activities of the church | $1,400.00 per week plus housing allowance of $1,000 per week | 1) Drives ministry vehicle 2) Gasoline 3) Cell phone 4) Health and Dental Insurance 5) Resides in parsonage |

5. The Debtor's annual gross receipts for 2010 was approximately $364,587.67. Gross income for the first six months pre-petition is estimated to be $154,521.96. The ministry averages $25,753.66 receipts per month.

6. The amounts owed to various creditors are as follows:

Liabilities as of the date of filing.

Priority Claims.
Markus Q. Bishop                                              11,725.00
(Bishop is prepared to waive this until the Plan is substantially consummated.)

**Secured Claims**
| | |
|---|---|
| Ally Automotive Financing | 64,380.36 |
| De Lage Landen Financial Services | 12,353.99 |
| Leitz Music Company, Inc. | 2,407.69 |
| Maryanne & W. C. Grimsley, Jr. | 248,694.15 |
| Peggy C. Brannon, Tax Collector (total) | 47,516.86 |
| Suntrust Bank | 2,924,126.71 |
| The Preserve Improvement Ass'n, Inc. | 3,577.05 |
| Total | $3,303,056.81 |

Scheduled unsecured claims.

Total schedules unsecured claims:                              $16,419.73

7. The Debtor has the following assets:

   Real property  (estimated without appraisal)  $11,186,679.00

   Personal property  $152,790.00

  8. The Debtor has two full time employees and two part time employees and no payroll obligations were owed at the time of filing except to Markus Q. Bishop.

  9. There is no emergency relief to be expected.

Dated this 24th day of May, 2011.

            /s/ Charles M. Wynn
            CHARLES M. WYNN, ESQ.
            CHARLES M. WYNN LAW OFFICES, P.A.
            P.O. BOX 146
            MARIANNA, FLORIDA 32447
            (850) 526-1529
            FL BAR NO. 0241695
            ATTORNEY FOR DEBTOR

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the forgoing has been furnished to the office of the Chapter 11 Trustee, and to parties in interest by electronic filing on the same date as reflected on the Court's docket as the electronic filing date of this document.

/s/ Charles M. Wynn
Charles M. Wynn