**FORM** nhstats

# UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Panama City Division

In Re: Faith Christian Family Church of Panama City Beach, Inc   Bankruptcy Case No.:   11−50288−LMK
dba Faith Christian Family Church
Tax ID: 59−2045549
  Debtor

Chapter:  11
Judge:  Lewis M. Killian Jr.

## *NOTICE OF STATUS CONFERENCE*

YOU ARE HEREBY NOTIFIED that a Status Conference has been scheduled for this proceeding at via CourtCall on October 4, 2011 at 10:30 AM .

*53* − First Amended Disclosure Statement filed by Charles M. Wynn on behalf of Faith Christian Family Church of Panama City Beach, Inc (Re: [6] Disclosure Statement). (Wynn, Charles)

*79* − Motion to Determine Secured Status of the Scheduled Claim of Suntrust Bank filed by Charles M. Wynn on behalf of Faith Christian Family Church of Panama City Beach, Inc. (Wynn, Charles)

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated: August 10, 2011

William W. Blevins , Clerk of Court
110 East Park Avenue
Suite 100
Tallahassee, FL 32301

Service to:
   All parties in interest