UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:

FAITH CHRISTAIN FAMILY CHURCH
OF PANAM A CITY BEACH, INC

Debtor(s).

Case No. 11-50288
Chapter 11

**GRANTED**

October 4, 2011
Date

Lewis M. Killian, Jr.
U.S. Bankruptcy Judge

## CONSENT MOTION FOR A CONTINUANCE OF THE STATUS CONFERENCE HEARING

NOW COMES the Debtor, FAITH CHRISTIAN FAMILY CHURCH OF PANAMA CITY BEACH, INC, by and through its undersigned attorney, and moves the Court for a continuance of the Status Conference Hearing scheduled for Tuesday, October 4, 2011 at 10:30 AM and as grounds therefore would show:

1. Counsel for the debtor and creditors have been in constant contact regarding this case.

2. Debtor anticipates having one possibly two contracts on the sale of real property (that will resolve the Chapter 11 Bankruptcy) in the next ten (10) days.

3. Counsel for Suntrust has agreed for the Status Conference to be continued for ten (10) days.

WHEREFORE the undersigned prays the Court will enter an order continuing the Status Conference Hearing scheduled for Tuesday, October 4, 2011 at 10:30 AM and reset the hearing.

Submitted this 3rd day of October, 2011

/s/ _Charles M. Wynn _____
CHARLES M. WYNN, ESQ.
    CHARLES M. WYNN LAW OFFICES, PA
    P. O. Box 146
    Marianna, FL 32447-0146
    (850) 526-3520
    Fax (850) 526-5210
    FL Bar #0241695
    Attorney for Debtor
    wynnlawbnk@earthlink.net

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the forgoing has been furnished to Jason Egan, Chapter 11 Trustee, and to parties in interest by electronic filing on the same date as reflected on the Court's docket as the electronic filing date of this document.

/s/___Charles M. Wynn _____
CHARLES M. WYNN