UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:

FAITH CHRISTAIN FAMILY CHURCH
OF PANAM A CITY BEACH, INC

Debtor(s).

Case No. 11-50288
Chapter 11

## MOTION FOR A CONTINUANCE OF HEARING ON
## DISCLOSURE STATEMENT AND PLAN

NOW COMES the Debtor, FAITH CHRISTIAN FAMILY CHURCH OF PANAMA CITY BEACH, INC, by and through its undersigned attorney, and moves the Court for a continuance of the hearing on the Disclosure Statement and Plan scheduled for Wednesday, November 9, 2011 at 1:30PM (CST) and as grounds therefore would show:

1. The Debtor is actively negotiating with two parties for the sale of the property. One of the parties will be flying in their attorney from Louisiana to meet with Charles M. Wynn to discuss the sale.

2. Counsel for Suntrust Bank has agreed for a Thirty (30) day continuance.

WHEREFORE the undersigned prays the Court will enter an order continuing the Hearing on the Disclosure Statement and Plan scheduled for Wednesday, November 9, 2011 at 1:30 PM (CST) and reset the hearing with the Clerk.

Submitted this 4th day of November, 2011.

    /s/__Charles M. Wynn_____
    CHARLES M. WYNN, ESQ.
        CHARLES M. WYNN LAW OFFICES, PA
        P. O. Box 146
        Marianna, FL 32447-0146
        (850) 526-3520
        Fax (850) 526-5210
        FL Bar #0241695
        Attorney for Debtor
        wynnlawbnk@earthlink.net

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the forgoing has been furnished to Jason Egan, Chapter 11 Trustee, and to parties in interest by electronic filing on the same date as reflected on the Court's docket as the electronic filing date of this document.

    /s/___Charles M. Wynn _____
    CHARLES M. WYNN