UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:

FAITH CHRISTAIN FAMILY CHURCH
OF PANAM A CITY BEACH, INC

Debtor(s).

Case No. 11-50288
Chapter 11

### ORDER GRANTING MOTION TO CONTINUE HEARING ON DISCLOSURE STATEMENT AND PLAN

**THIS CAUSE** having come before the Court upon the Motion for Continuance of the Hearing on the Disclosure Statement and Plan and the Court having considered the motion, it is

**ORDERED AND ADJUDGED** that the Hearing on the Disclosure Statement and Plan set for Wednesday, November 9, 2011, at 1:30 PM (CST), is continued and the same shall be reset by the Clerk.

**DONE AND ORDERED** in Chambers this 7th day of November, 2011

_____
LEWIS M. KILLIAN, JR.
UNITED STATES BANKRUPTCY JUDGE